IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BEN W. ALLUSTIARTE, et al.,          No.  CIV.S-05-2284 DFL DAD PS

        Plaintiffs,

  v.                                  <u>ORDER AMENDING FINDINGS AND RECOMMENDATIONS</u>

UNITED STATES, et al.,

        Defendants.
_____/

      On March 9, 2006, the undersigned issued an order and findings and recommendations recommending that defendant W. Austin Cooper's motion to dismiss be granted and that plaintiffs Ben and Linda Allustiarte be granted leave to amend only with respect to the non-judicial defendants.  On March 10, 2006, defendant Cooper filed a request for clarification, pointing out that he was inadvertently omitted from the order clause and requesting that he be dismissed with prejudice since he is a court-appointed bankruptcy trustee entitled to quasi judicial immunity and against whom an action cannot be brought without prior leave of the Bankruptcy Court.

Defendant Cooper is correct in noting that he was inadvertently not mentioned in the order clause of the March 9, 2006, order and findings and recommendations. The undersigned intended that, in the abundance of caution, plaintiffs Ben and Linda Allustiarte be granted leave to file an amended complaint naming defendant Cooper as well. Defendant Cooper may well be correct that he is entitled to quasi judicial immunity and that under the law an action cannot be maintained against him in this court absent the prior leave of the U.S. Bankruptcy Court. However, neither those arguments nor any underlying factual basis for them were presented in his motion to dismiss.[1]

Accordingly, paragraph 2 of the recommendations clause of the Order and Findings and Recommendations filed on March 9, 2006, is hereby modified to read as follows:

2. Plaintiffs Ben W. Allustiarte and Linda M. Allustiarte be granted leave to file an amended complaint as to defendants W. Austin Cooper, Dennis M. Hauser, Edward Briseno, Melvin J. CoBen and Martin B. Briffman only.

IT IS SO ORDERED.

DATED: March 15, 2006.

DALE A. DRCZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
Ddad1/orders.prose/allustiarte2284.f&r.amend

---

[1] Nonetheless, plaintiffs should take those arguments under consideration in determining whether to pursue filing an amended complaint naming attorney Cooper as a defendant.