IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN W. ALLUSTIARTE, et al., | No.  CIV.S-05-2284 DFL DAD PS |
| Plaintiffs, | |
| v. | ORDER |
| UNITED STATES, et al., | |
| Defendants. | |

This proceeding was referred to the undersigned by Local Rule 72-302(c)(21).  By findings and recommendations filed March 9, 2006, which were amended by order filed March 15, 2006, the undersigned recommended that plaintiffs' pro se complaint be dismissed with leave to amend.  Specifically, the undersigned recommended that a motion to dismiss brought by defendant W. Austin Cooper be granted as to <u>all</u> defendants, with plaintiffs being granted leave to file an amended complaint as to defendants W. Austin Cooper, Dennis M. Hauser, Edward Briseno, Melvyn J. CoBen and Martin B. Briffman only.  The time for filing objections to those findings and

recommendations has expired, and no objections have been filed. Those findings and recommendations are now pending before the assigned district judge.

After the issuance of those findings and recommendations, defendant Hauser and Nancy CoBen, the widow of named defendant Melvyn J. CoBen,[1] filed motions to dismiss plaintiffs' complaint, noticing their motions for hearing on May 5, 2006. No opposition to those motions has been filed and the time for doing so has expired.

In light of the circumstances, IT IS HEREBY ORDERED that:

1. The hearing in this matter scheduled for May 5, 2006, at 10:00 a.m. is vacated;

2. In the event the assigned district judge adopts the pending findings and recommendations, the court will issue such further orders as are appropriate, if any; and

3. In the event the assigned district judge does not adopt the pending findings and recommendations as to Hauser and CoBen, their motions to dismiss will be taken under submission upon the record and briefs on file without oral argument. See Local Rule 78-230(h).

DATED: May 3, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
Ddad1/orders.prose/allustiarte2284.order.hearing

---

[1] According to Ms. CoBen's motion, Mr. Coben's first name was "Melvyn," not "Melvin" as alleged in the complaint.

2