IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BEN W. ALLUSTIARTE, et al.,

    Plaintiffs,                    No. CIV S-05-2284 DFL DAD PS

    vs.

UNITED STATES, et al.,

    Defendants.              <u>ORDER</u>

_____/

        Plaintiffs, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On March 9, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. On March 15, 2006, an order amending paragraph 2 of the recommendations clause of the findings and recommendations was filed and served on the parties. No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 9, 2006, and amended on March 15, 2006, are adopted in full;

2. Defendant W. Austin Cooper's motion to dismiss is granted;

3. Plaintiffs Ben W. Allustiarte and Linda M. Allustiarte are granted leave to file an amended complaint as to defendants W. Austin Cooper, Dennis M. Hauser, Edward Briseno, Melvin J. CoBen and Martin B. Briffman only;

4. Plaintiffs "Allustiarte Trusts (3)" and "Allustiarte Brothers by Gregory R. Allustiarte" are dismissed;

5. The United States and all judicial defendants identified in the findings and recommendations are dismissed with prejudice; and

6. Plaintiffs Ben W. Allustiarte and Linda M. Allustiarte are directed to file an amended complaint within twenty (20) days from the date of this order if they elect to pursue this action.

DATED: 6/9/2006

_____
DAVID F. LEVI
United States District Judge